UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

CANADIAN NATIONAL RAILWAY CO., et al

        Plaintiff(s),

v.

THE DAVID J. JOSEPH COMPANY,

        Defendant(s).
_____/

Case No. 21-11931

Honorable David M. Lawson

Magistrate Judge David R. Grand

### ORDER REGARDING REASSIGNMENT OF COMPANION CASE

This case appears to be a companion case to Case No. __21-11760__. Pursuant to E.D. Mich LR 83.11, the Clerk is directed to reassign this case to the docket of the Honorable __Linda V. Parker__ and Magistrate Judge __Curtis Ivy, Jr.__ .

s/David M. Lawson
David M. Lawson
United States District Judge

s/Linda V. Parker
Linda V. Parker
United States District Judge

Pursuant to this order, case assignment credit will be given to the appropriate Judicial Officers.
Case type: __CIVIL__

If the District Judge assigned to the companion case is located at another place of holding court, the office code will be changed accordingly.

Date: August 25, 2021

s/ S Schoenherr
Deputy Clerk

cc:    Parties and/or counsel of record
       Honorable Linda V. Parker