UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

_____

| | |
|---|---|
| CANADIAN NATIONAL RAILWAY COMPANY; CERTAIN UNDERWRITERS AT LLOYD'S LONDON SUBSCRIBING TO POLICY NOS. 1814950, 1814958, 1814959, 1814960, 1814961, 1814963, 1814973; AMERICAN INTERNATIONAL GROUP UK LIMITED, f/k/a/ AIG EUROPE LIMITED; AXA XL, f/k/a XL INSURANCE COMPANY OF CANADA; ROYAL & SUN ALLIANCE INSURANCE COMPANY OF CANADA; STARR INSURANCE & REINSURANCE LIMITED; HDI SPECIALTY INSURANCE COMPANY; ASSICURAZIONI GENERALI S.p.A., IRONSHORE INSURANCE LTD.; and OIL CASUALTY INSURANCE, LTD., as Subrogees of Canadian National Railway Company; | Case No. 21-cv-11931<br><br>Hon. Linda V. Parker<br>Magistrate Curtis Ivy, Jr. |

      Plaintiffs,

v.

THE DAVID J. JOSEPH COMPANY,

      Defendant.

---

## **NOTICE OF MOTION TO CONSOLIDATE**

Please take notice that pursuant to Fed. R. Civ. P. 42(a)(2) and Local Rule 42.1, Defendant David J. Joseph Company has filed a Motion to Consolidate this case with the earlier filed Case No. 21-cv-11760, *Contintental Casualty Co., et al. v. David J. Joseph Company* (the "Continental Action")*,* in the Continental Action on August 27, 2021.

                                                  Respectfully submitted,
                                                  Varnum LLP

Dated:  August 27, 2021        By:   */s/ Bradley S. Defoe*
                                                        Bradley S. Defoe (P70233)
                                                        Attorneys for Defendant
                                                        260 East Brown Street, Suite 150
                                                        Birmingham, MI 48009
                                                        (248) 567-7800
                                                        bsdefoe@varnumlaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 27, 2021, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to all registered ECF participants listed for this case.

Dated:  August 27, 2021        By:   */s/ Bradley S. Defoe*
                                                        Bradley S. Defoe (P70233)

18468380.1