UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
_____

| | |
|---|---|
| CANADIAN NATIONAL RAILWAY COMPANY; CERTAIN UNDERWRITERS AT LLOYD'S LONDON SUBSCRIBING TO POLICY NOS. 1814950, 1814958, 1814959, 1814960, 1814961, 1814963, 1814973; AMERICAN INTERNATIONAL GROUP UK LIMITED, f/k/a/ AIG EUROPE LIMITED; AXA XL, f/k/a XL INSURANCE COMPANY OF CANADA; ROYAL & SUN ALLIANCE INSURANCE COMPANY OF CANADA; STARR INSURANCE & REINSURANCE LIMITED; HDI SPECIALTY INSURANCE COMPANY; ASSICURAZIONI GENERALI S.p.A., IRONSHORE INSURANCE LTD.; and OIL CASUALTY INSURANCE, LTD., as Subrogees of Canadian National Railway Company; | Case No. 21-cv-11931<br><br>Hon. Linda V. Parker<br>Magistrate Curtis Ivy, Jr. |

      Plaintiffs,

  v.

THE DAVID J. JOSEPH COMPANY,

      Defendant.

## **DEFENDANT'S RESPONSE TO ORDER REGARDING REMOVAL (ECF No. 6)**

In response to this Court's Order Regarding Removal (ECF No. 6), Defendant David J. Joseph Company states that, to Defendant's knowledge, there were no answers, amended pleadings, responsive pleadings, pending motions, or responses/replies to such motions filed in state court, except for the Amended Complaint which Defendant filed on August 24, 2021 (ECF No. 4).  To Defendant's knowledge, the only state court filings other than the Amended Complaint were the Summons and Complaint, which Defendant filed with this Court on August 19, 2021 (ECF No. 1).

                                        Respectfully submitted,

                                        VARNUM LLP

Dated:  August 30, 2021        By:   */s/ Bradley S. Defoe*
                                                      Bradley S. Defoe (P70233)
                                                      Attorneys for Defendant
                                                      260 East Brown Street, Suite 150
                                                      Birmingham, MI 48009
                                                      (248) 567-7800
                                                      bsdefoe@varnumlaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 30, 2021, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to all registered ECF participants listed for this case.

Dated:  August 30, 2021        By:   */s/ Bradley S. Defoe*

18394451