UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

_____

| | |
|---|---|
| CANADIAN NATIONAL RAILWAY COMPANY; CERTAIN UNDERWRITERS AT LLOYD'S LONDON SUBSCRIBING TO POLICY NOS. 1814950, 1814958, 1814959, 1814960, 1814961, 1814963, 1814973; AMERICAN INTERNATIONAL GROUP UK LIMITED, f/k/a/ AIG EUROPE LIMITED; AXA XL, f/k/a XL INSURANCE COMPANY OF CANADA; ROYAL & SUN ALLIANCE INSURANCE COMPANY OF CANADA; STARR INSURANCE & REINSURANCE LIMITED; HDI SPECIALTY INSURANCE COMPANY; ASSICURAZIONI GENERALI S.p.A., IRONSHORE INSURANCE LTD.; and OIL CASUALTY INSURANCE, LTD., as Subrogees of Canadian National Railway Company;<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>THE DAVID J. JOSEPH COMPANY,<br><br>　　　　Defendant. | Case No. 21-cv-11931<br><br>Hon. Linda V. Parker<br>Magistrate Curtis Ivy, Jr. |

**STIPULATED ORDER TO EXTEND DEADLINE TO FILE REPLY TO PLAINTIFFS' RESPONSE TO DEFENDANT'S MOTION TO DISMISS AND/OR STAY AND COMPEL ARBITRATION [ECF No. 11]**

IT IS HEREBY STIPULATED AND AGREED by and between the parties through their respective counsel that the deadline for Defendant to file its reply to Plaintiffs' Response to Defendant's Motion to Dismiss and/or Stay and Compel Arbitration [ECF No. 11] shall be and hereby is extended to October 15, 2021.

**IT IS SO ORDERED**.

                                            s/ Linda V. Parker
                                            LINDA V. PARKER
                                            U.S. DISTRICT JUDGE

Dated: September 16, 2021

Stipulated as to form and content:

| /s/ Christopher R. Schaedig (w/ permission) | /s/ Bradley S. Defoe |
|---|---|
| Christopher R. Schaedig (P79649) | Bradley S. Defoe (P70233) |
| Denenberg Tuffley, PLLC | Varnum LLP |
| Attorneys for Plaintiffs | Attorneys for Defendant |
| Dated: September 16, 2021 | Dated: September 16, 2021 |

18549807.1

2