# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
_____

| | |
|---|---|
| CONTINENTAL CASUALTY CO., as subrogee of Canadian National Railway Company; | Case No. 21-cv-11760 |
| CHUBB INSURANCE CO. OF CANADA, as subrogee of Canadian national Railway Company; | Hon. Linda V. Parker |
| LLOYD'S OF LONDON, SGL NO. 1, NEW LINE SYNDICATE 1218, as subrogees of Canadian National Railway Company; | |
| RSA CANADA, as subrogee of Canadian National Railway Company | |
| Plaintiffs, | |
| v. | |
| DAVID J. JOSEPH COMPANY, | |
| Defendant. | |
| CANADIAN NATIONAL RAILWAY COMPANY; CERTAIN UNDERWRITERS AT LLOYD'S LONDON SUBSCRIBING TO POLICY NOS. 1814950, 1814958, 1814959, 1814960, 1814961, 1814963, 1814973; AMERICAN INTERNATIONAL GROUP UK LIMITED, f/k/a/ AIG EUROPE LIMITED; AXA XL, f/k/a XL INSURANCE COMPANY OF | Case No. 21-cv-11931  Hon. Linda V. Parker |

CANADA; ROYAL & SUN
ALLIANCE INSURANCE
COMPANY OF CANADA; STARR
INSURANCE & REINSURANCE
LIMITED; HDI SPECIALTY
INSURANCE COMPANY;
ASSICURAZIONI GENERALI S.p.A.,
IRONSHORE INSURANCE LTD.;
and OIL CASUALTY INSURANCE,
LTD., as Subrogees of Canadian
National Railway Company;

   Plaintiffs,

v.

THE DAVID J. JOSEPH COMPANY,

   Defendant.

---

### SUPPLEMENTAL BRIEF IN RESPONSE TO ORDER REGARDING MOTION TO DISMISS AND/OR STAY AND COMPEL ARBITRATION

As directed by the Court's orders dated February 4, 2022 (Case No. 21-cv-11760, ECF No. 20; Case No. 21-cv-11931, ECF No. 14), Defendant, The David J. Joseph Company ("DJJ"), respectfully restates that the contract containing the arbitration provision relied upon, the only one that is properly before the Court and in the Court's possession, is styled "CN Confidential Transportation Master Agreement No. 564596-AA 0000".  (See, e.g. Case No. 21-cv-11931, ECF No. 9, p.7; ECF No. 11-2).  As previously stated, DJJ despite requests to plaintiffs for it, does not have and has not since received a copy of the contract styled "CN 518160-

AJ-0001".  DJJ respectfully objects to the extent the Court's order might be read to permit an *ex parte* submission of a document that has not been established to be confidential to the exclusion of the parties before the Court and to which DJJ has not otherwise seen.  DJJ respectfully submits that if there is an email submission of documentation to the Court in response to the Court's subject orders, such submission should copy, and the documentation submitted be shared with, all counsel of record.

        Respectfully submitted,

        VARNUM LLP
        Attorneys for Defendant David J. Joseph Co.

Dated:  February 7, 2022        By:   /s/ *Bradley S. Defoe*
        Bradley S. Defoe (P70233)
        260 East Brown Street, Suite 150
        Birmingham, Michigan 48009
        (248) 567-7800
        bsdefoe@varnumlaw.com

19130231